**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Malibu Media, LLC

                                      Plaintiff,

v.                                          Case No.: 1:18–cv–00450
                                                  Honorable Sara L. Ellis

John Doe, subscriber assigned IP address
73.45.42.73

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 18, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 4/18/2018. Motion to quash [13] is denied for failure to notice up for presentment. Defendant is allowed to proceed anonymously. Status hearing set for 6/5/2018 at 9:30 AM to report on whether moving forward with case. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.