IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 18-cv-00450 |
| JOHN DOE, | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**

Attorney Melissa Brabender requests leave to withdraw as attorney for Defendant John Doe, as she will be leaving Antonelli Law Ltd. as of January 23, 2019 for maternity leave. Attorney Jeffrey Antonelli, also of Antonelli Law Ltd., has filed an attorney appearance for Defendant John Doe and will continue representing this Defendant.

Respectfully submitted,

By: /s/ Melissa Brabender
Melissa Brabender
Attorney for John Doe
Antonelli Law, Ltd.
35 E Wacker Drive
Suite 1875
Chicago, IL 60601
Telephone: (312) 201-8310
Facsimile: (888) 211-8624
Email:mbrabender@antonelli-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2019, I electronically filed the foregoing MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record with this matter.

Date: <u>January 10, 2019</u>

By: <u>   /s/ Melissa Brabender</u>
 Melissa Brabender
Attorney for John Doe
Antonelli Law, Ltd.
35 E Wacker Drive
Suite 1875
Chicago, IL 60601
Telephone: (312) 201-8310
Facsimile: (888) 211-8624
Email:mbrabender@antonelli-law.com